*RECP #150960   CK #3004*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-10470 |
| | ) | |
| Standley Allen | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Randolph Baxter |

*FILED 2010 SEP 16 PM 3:12 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND*

### TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3004 in the amount of $1,378.03, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| IRS<br>Insolvency Group 3<br>1240 E. Ninth Street, Room 457<br>Cleveland, Ohio 44199 | 1 | $1,585.26 | $1,378.03 |

Dated: September 16, 2010

/s/ Sheldon Stein
Sheldon Stein, Trustee

cc: United States Truste